**Order entered April 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00190-CV

**JULIE STULL, ET AL., Appellants**

**V.**

**GENERAL MEDIA COMMUNICATIONS, INC. ET AL, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-00402-E**

## ORDER

We **GRANT** the April 22, 2013 motion of appellees, Greg LaPlant and Chris Kolaskos, for an extension of time to file their brief. We **ORDER** the brief tendered to this Court on April 22, 2013 by appellees, Greg LaPlant and Chris Kolaskos, filed as of the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE